**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-CV-02287-PAB-KMT
(Consolidated with Civil Action No. 13-cv-03388-PAB-KMT)

MSPBO, LLC

                Plaintiff,

   v.

ADIDAS NORTH AMERICA, INC.,
ADIDAS AMERICA, INC., AND
GARMIN INTERNATIONAL, INC.

                Defendants.

---

**ORDER**

---

    Having reviewed MSPBO, LLC's Unopposed for Entry of Agreed Pretrial

Schedule for the Consolidated Civil Actions (Doc. No. 45), and having found good

cause for the relief requested in the Unopposed Motion, the Court hereby **GRANTS** the

Unopposed Motion (Doc. No 45).

    Accordingly, the following schedule shall govern in consolidated Civil Actions

Nos. 13-cv-02887 and 13-cv-02288:

| | |
|---|---|
| Infringement Contentions | January 31, 2014 |
| Joint Invalidity Contentions | March 7, 2014 |
| Motion to Amend/Join Parties | March 14, 2014 |
| Exchange Proposed Terms for Claim Construction | March 21, 2014 |
| Exchange Preliminary Claim Constructions | April 11, 2014 |
| Joint Claim Construction & Prehearing Statement | May 20, 2014 |
| Completion of Claim Construction Discovery | June 10,2 014 |
| Plaintiff's Opening Claim Construction Brief | July 11, 2014 |
| Defendants' Responsive Claim Construction Brief | July 25, 2014 |
| Plaintiff's Reply Claim Construction Brief | August 1, 2014 |

Furthermore, the continued Scheduling Conference set for October 7, 2014 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado in the Scheduling Order in Civil Action No. 13-cv-02287 (Dkt. No. 27) shall remain in place. A joint proposed scheduling order with respect to the remainder of the dates in the consolidated Civil Actions shall be prepared by the parties and submitted to the Court no later than seven (7) days before the continued scheduling conference.

Dated this 7th day of February, 2014

_____
Magistrate Judge Kathleen M. Tafoya